# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>DON HILL,<br><br>         Defendant. | NO. 3:07–CR–0289(1) |

## UNOPPOSED MOTION TO RELEASE MR. HILL'S PSR

COMES NOW, SETH KRETZER, and files this unopposed motion to release Mr. Hill's PSR to Mr. Michael Frantz of the company JailTime Consulting.

1)  The undersigned counsel was appointed to represent Don Hill in his appeal from convictions for various money laundering and public corruption offenses.

2)  On information and belief, Mr. Hill has prostate cancer and is working with a company called JailTime Consulting who claim to have knowledge of how one might secure compassionate release or movement to a prison with better medical facilities.

3)  Counsel is aware that he may not disseminate a PSR, and for that reason asks this Court for leave to send a copy to Mr. Michael Frantz of the company JailTime Consulting.

4)  Attached as Exhibit "A" is a letter from Mr. Hill to this affect.

Respectfully submitted,

Seth H. Kretzer
LAW OFFICES OF SETH KRETZER
440 Louisiana Street; Suite 200
Houston, Texas 77002
[Tel.] (713) 775-3050
seth@kretzerfirm.com

COURT-APPOINTED ATTORNEY FOR DEFENDANT HILL

_____
Seth Kretzer

### CERTIFICATE OF CONFERENCE

I certify that on October 21, 2015, I conferred with AUSA Wes Hendrix who is UNOPPOSED to the relief requested herein.

_____
Seth Kretzer

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was filed on the ECF System on this 17th day of November, 2015.

_____
Seth Kretzer