July 28, 2015

Mr. Seth Kretzer
Attorney
The Lyric Center
440 Louisiana, Suite 200
Houston, Texas 77002

Re: Donald Hill, Inmate 37106-177

Dear Mr. Kretzer:

    I am working with an inmate advocacy organization, JailTime Consulting LLC, to assist me with the Bureau of Prisons' Compassionate Release Program due to my current medical condition. In order for them to complete my work they require a copy of my Presentence Investigation Interview Report, PSI from my instant case with you. This letter serves as my authorization for you to forward my final PSI to them. Please provide it as soon as possible. As you may know, I am not permitted to have a copy when I am in a federal prison. You can fax it to Mr. Michael Frantz at 954-206-0999 or email them at jailtimeconsulting@yahoo.com.

    If you have any questions please contact Michael Frantz at 954-522-2254 or email him at jailtimeconsulting@yahoo.com. Thank you for your prompt assistance in this matter. I really do appreciate your help.

Sincerely,

*Donald Hill*

Mr. Donald Hill
Inmate # 37106-177
FCI Ashland
Federal Correctional Institution
P.O. Box 6001
Ashland, KY  41105